.

| | |
|---|---|
| LUCILLE MOSES WOODS<br>5473 PINE LANE DR<br>JACKSON, MS 39211 | MARINER FINANCE<br>ATTN: BANKRUPTCY<br>8211 TOWN CENTER DRIVE<br>NOTTINGHAM, MD 21236 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | MERRICK BANK CORP<br>PO BOX 9201<br>OLD BETHPAGE, NY 11804 |
| 1ST FRANKLIN<br>398 HIGHWAY 51<br>RIDGELAND, MS 39157 | ONEMAIN<br>PO BOX 1010<br>EVANSVILLE, IN 47706 |
| ADVANCE AMERICA<br>920 E COUNTY LINE RD<br>STE C<br>JACKSON, MS 39211 | REGIONAL FINANCE<br>ATTN: BANKRUPTCY<br>979 BATESVILLE RD<br>STE B<br>GREER, SC 29651 |
| CITIBANK<br>PO BOX 790046<br>ST LOUIS, MO 63179 | REPUBLIC FINANCE<br>ATTN: BANKRUPTCY<br>7031 COMMERCE CIRCLE<br>BATON ROUGE, LA 70809 |
| COVINGTON CREDIT<br>ATTN: BANKRUPTCY<br>P.O.BOX 1947<br>GREENVILLE, SC 29602 | TRUSTMARK NATIONAL<br>248 EAST CAPITOL ST<br>JACKSON, MS 39201 |
| CREDIT ONE BANK<br>6801 CIMARRON RD<br>LAS VEGAS, NV 89113 | VIVE FINANCIAL<br>ATTN: BANKRUPTCY<br>380 DATA DR STE 200<br>DRAPER, UT 84020 |
| ELASTIC<br>4030 SMITH RD<br>CINCINNATI, OH 45209 | |
| FAMILY CHOICE<br>912 A EAST PEACE ST<br>CANTON, MS 39046 | |