## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:        LUCILLE MOSES WOODS | CASE NO. 25-02815-JAW |
| | CHAPTER 7 |

### REQUEST FOR NOTICES AND ENTRY OF APPEARANCE

COMES NOW, James Eldred Renfroe and enters this case for and on behalf of Trustmark Bank. The undersigned requests that copies of all pleadings and correspondence from this day forward be directed to their usual business address: Renfroe & Perilloux PLLC, 648 Lakeland East Drive, Suite A, Flowood MS 39232.

RESPECTFULLY SUBMITTED this 4 day of December, 2025.

TRUSTMARK BANK

*/s James Eldred Renfroe*

James Eldred Renfroe, MSB #10096
James L. Powell, MSB #10083
Renfroe & Perilloux, PLLC
648 Lakeland East Drive, Suite A
Flowood, MS 39232
Telephone: 601-932-1011
jrenfroe@mslawfirm.biz
jpowell@mslawfirm.biz

### CERTIFICATE OF SERVICE

I certify that I have this date served a true and correct copy of the foregoing ***Request for Notices and Entry of Appearance*** to Debtor's attorney, the case trustee, and the U.S. Trustee via Notice of Electronic Filing (NEF) through the ECF system.

Dated:  December 4, 2025

 */s James Eldred Renfroe*
James Eldred Renfroe