**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:        LUCILLE MOSES WOODS                              CASE NO. 25-02815-JAW
                                                                                                    CHAPTER 7

**<u>ORDER LIFTING AUTOMATIC STAY AS TO ALL PARTIES</u>**
**<u>AND ABANDONING REAL PROPERTY</u>**

Considering the Motion to Lift Automatic Stay and for Abandonment as to Debtor or Alternatively for Adequate Protection (Dkt. # _____) as filed by Trustmark Bank and after reviewing all pleadings filed and having found that the Debtor has filed no response and made no appearance, this Court finds that the motion is hereby granted and the property is hereby abandoned from the estate and as such it is hereby ordered that automatic stay against Trustmark Bank or any subsequent assignee or beneficiary of the underlying lien is hereby lifted as to all parties and that the property shall be deemed abandoned by the trustee from the estate pursuant to 11 U. S. C. 554 (b) whether this case is converted to another Chapter of the United States Code.    Entry of this order shall constitute the entry of a final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure.

Movant, Trustmark Bank or its subsequent assignee of the underlying lien is hereby permitted and allowed to enforce any and all rights they may have in respect to the real property

1

including, but not limited to their right of foreclosure should they deem fit with such property bearing municipal address 5473 Pine Lane Drive, Jackson, Mississippi, and being further identified as described as follows:

> LOT 42, BRIARWOOD SUBDIVISION, a subdivision according to a map or plat thereof which is on file and of record in the office of the Chancery Clerk of Hinds County at Jackson, Mississippi, in Plat Book 13 at Page 39, reference to which is hereby made in aid of and as a part of this description.

## END OF ORDER ##

Prepared and submitted by:

*/s/   James Eldred Renfroe*
James Eldred Renfroe, MSB#10096
Attorney for Trustmark Bank
648 Lakeland East Drive, Suite A
Flowood, MS 39232
Telephone: 601-932-1011
Facsimile: 601-932-1014
jrenfroe@mslawfirm.biz