# United States Bankruptcy Court
## Southern District of Mississippi

In re: **Lucille Moses Woods**  
Debtor(s)

Case No. **25-02815**  
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **December 5, 2025**

**/s/ Lucille Moses Woods**  
**Lucille Moses Woods**  
Signature of Debtor

```
LUCILLE MOSES WOODS            FAMILY CHOICE
5473 PINE LANE DR              912 A EAST PEACE ST
JACKSON, MS 39211              CANTON, MS 39046



THOMAS C. ROLLINS, JR.         MARINER FINANCE
THE ROLLINS LAW FIRM, PLLC     ATTN: BANKRUPTCY
P.O. BOX 13767                 8211 TOWN CENTER DRIVE
JACKSON, MS 39236              NOTTINGHAM, MD 21236



1ST FRANKLIN                   MERRICK BANK CORP
398 HIGHWAY 51                 PO BOX 9201
RIDGELAND, MS 39157            OLD BETHPAGE, NY 11804



ADVANCE AMERICA                ONEMAIN
920 E COUNTY LINE RD           PO BOX 1010
STE C                          EVANSVILLE, IN 47706
JACKSON, MS 39211



BRIDGECREST***                 REGIONAL FINANCE
PO BOX 2997                    ATTN: BANKRUPTCY
PHOENIX, AZ 85062              979 BATESVILLE RD
                               STE B
                               GREER, SC 29651



CITIBANK                       REPUBLIC FINANCE
PO BOX 790046                  ATTN: BANKRUPTCY
ST LOUIS, MO 63179             7031 COMMERCE CIRCLE
                               BATON ROUGE, LA 70809



COVINGTON CREDIT               TRUSTMARK NATIONAL
ATTN: BANKRUPTCY               248 EAST CAPITOL ST
P.O.BOX 1947                   JACKSON, MS 39201
GREENVILLE, SC 29602



CREDIT ONE BANK                VIVE FINANCIAL
6801 CIMARRON RD               ATTN: BANKRUPTCY
LAS VEGAS, NV 89113            380 DATA DR STE 200
                               DRAPER, UT 84020



ELASTIC
4030 SMITH RD
CINCINNATI, OH 45209
```