United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-02815-JAW
Lucille Moses Woods     Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Dec 08, 2025     Form ID: pdf012     Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lucille Moses Woods, 5473 Pine Lane Dr, Jackson, MS 39211-4017 |
| cr | + | Family Choice Financial, Inc. - Canton Branch, 1062 East Peace Street, Canton, MS 39046-4004 |
| 5585662 | + | 1st Franklin, 398 Highway 51, Ridgeland, MS 39157-3401 |
| 5585663 | | Advance America, 920 E County Line Rd, Ste C, Jackson, MS 39211 |
| 5589768 | + | B. Joey Hood, II, For Family Choice Financial Inc., Canton Branch, P.O. Box 759, Ackerman, MS 39735-0759 |
| 5585667 | + | Elastic, 4030 Smith Rd, Cincinnati, OH 45209-1937 |
| 5598006 | + | James Eldred Renfroe, Esq., Renfroe & Perilloux, PLLC, Counsel for Trustmark Bank, 648 Lakeland East Drive, Suite A, Flowood, MS 39232-9574 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 08 2025 19:33:54 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: bankruptcynotices@trustmark.com | Dec 08 2025 19:30:00 | Trustmark Bank, P.O. Box 522, Jackson, MS 39205 |
| 5587002 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 08 2025 19:33:50 | Bridgecrest Acceptance Corporation Department, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5585664 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 08 2025 19:45:33 | Citibank, Po Box 790046, St Louis, MO 63179-0046 |
| 5585665 | + | Email/Text: bankruptcy@curo.com | Dec 08 2025 19:30:00 | Covington credit, Attn: Bankruptcy, P.O.Box 1947, Greenville, SC 29602-1947 |
| 5585666 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 08 2025 19:33:45 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5585668 | | Email/Text: rrush@familychoicefinancial.com | Dec 08 2025 19:29:00 | Family Choice, 912 A East Peace St, Canton, MS 39046 |
| 5585669 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 08 2025 19:30:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5585670 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 08 2025 19:33:50 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5585671 | + | Email/PDF: cbp@omf.com | Dec 08 2025 19:33:50 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5585673 | | Email/Text: bankruptcy@republicfinance.com | Dec 08 2025 19:30:00 | Republic Finance, Attn: Bankruptcy, 7031 Commerce Circle, Baton Rouge, LA 70809 |
| 5585672 | + | Email/Text: bankruptcy@regionalmanagement.com | Dec 08 2025 19:30:00 | Regional Finance, Attn: Bankruptcy, 979 Batesville Rd, Ste B, Greer, SC 29651-6819 |
| 5585674 | | Email/Text: bankruptcynotices@trustmark.com | Dec 08 2025 19:30:00 | Trustmark National, 248 East Capitol St, Jackson, MS 39201 |

District/off: 0538-3  User: mssbad  Page 2 of 2
Date Rcvd: Dec 08, 2025  Form ID: pdf012  Total Noticed: 21

| 5585675 | Email/Text: bankruptcynotices@vivecard.com | Dec 08 2025 19:30:00 | Vive Financial, Attn: Bankruptcy, 380 Data Dr Ste 200, Draper, UT 84020 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5598007 | *+ | James Eldred Renfroe, Esq., Renfroe & Perilloux, PLLC, Counsel for Trustmark Bank, 648 Lakeland East Drive, Suite A, Flowood, MS 39232-9574 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor Family Choice Financial Inc. - Canton Branch cynthiah@jhoodlaw.com, notices@jhoodlaw.com |
| James Eldred Renfroe | on behalf of Creditor Trustmark Bank jrenfroe@mslawfirm.biz  kridge@mslawfirm.biz;orenfroe@mslawfirm.biz |
| Stephen Smith | trustee@hrkcpa.com  MS02@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Lucille Moses Woods trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: December 8, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**LUCILLE MOSES WOODS,**                  **CASE NO. 25-02815-JAW**

**DEBTOR.**                                                                        **CHAPTER 7**

### ORDER EXTENDING STAY

Upon consideration of the Motion to Lift Automatic Stay and for Abandonment or Alternatively for Adequate Protection (Dkt. #17) filed by Trustmark Bank in the above-referenced bankruptcy case and 11 U.S.C. § 362(e), the Court is of the opinion that continuation of the automatic stay beyond the thirty (30)-day period as provided under the U.S. Bankruptcy Code will not hinder, burden, delay or be inconsistent with this proceeding.

IT IS, THEREFORE, ORDERED that any stay provided by 11 U.S.C. § 362(a) is hereby continued in effect pending the conclusion of a final hearing and determination by the Court.

##END OF ORDER##