United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-02815-JAW

Lucille Moses Woods Chapter 7

   Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Dec 30, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lucille Moses Woods, 5473 Pine Lane Dr, Jackson, MS 39211-4017 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 01, 2026  Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor Family Choice Financial Inc. - Canton Branch cynthiah@jhoodlaw.com, notices@jhoodlaw.com |
| James Eldred Renfroe | on behalf of Creditor Trustmark Bank jrenfroe@mslawfirm.biz kridge@mslawfirm.biz;orenfroe@mslawfirm.biz |
| Stephen Smith | trustee@hrkcpa.com MS02@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Lucille Moses Woods trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-3 User: mssbad Page 2 of 2
Date Rcvd: Dec 30, 2025 Form ID: pdf012 Total Noticed: 1
TOTAL: 5

_____



SO ORDERED,

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: December 30, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:     LUCILLE MOSES WOODS                    CASE NO. 25-02815-JAW
                                                  CHAPTER 7

**ORDER LIFTING AUTOMATIC STAY AS TO ALL PARTIES**
**AND ABANDONING REAL PROPERTY**

Considering the Motion to Lift Automatic Stay and for Abandonment as to Debtor or Alternatively for Adequate Protection (Dkt. #   17  ) as filed by Trustmark Bank and after reviewing all pleadings filed and having found that the Debtor has filed no response and made no appearance, this Court finds that the motion is hereby granted and the property is hereby abandoned from the estate and as such it is hereby ordered that automatic stay against Trustmark Bank or any subsequent assignee or beneficiary of the underlying lien is hereby lifted as to all parties and that the property shall be deemed abandoned by the trustee from the estate pursuant to 11 U. S. C. 554 (b) whether this case is converted to another Chapter of the United States Code.  Entry of this order shall constitute the entry of a final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure.

Movant, Trustmark Bank or its subsequent assignee of the underlying lien is hereby permitted and allowed to enforce any and all rights they may have in respect to the real property

1

including, but not limited to their right of foreclosure should they deem fit with such property bearing municipal address 5473 Pine Lane Drive, Jackson, Mississippi, and being further identified as described as follows:

> LOT 42, BRIARWOOD SUBDIVISION, a subdivision according to a map or plat thereof which is on file and of record in the office of the Chancery Clerk of Hinds County at Jackson, Mississippi, in Plat Book 13 at Page 39, reference to which is hereby made in aid of and as a part of this description.

## END OF ORDER ##

Prepared and submitted by:

/s/    *James Eldred Renfroe*
James Eldred Renfroe, MSB#10096
Attorney for Trustmark Bank
648 Lakeland East Drive, Suite A
Flowood, MS 39232
Telephone: 601-932-1011
Facsimile: 601-932-1014
jrenfroe@mslawfirm.biz

2