United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                         Case No. 25-02815-JAW

Lucille Moses Woods                                                               Chapter 7

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                                      User: mssbad                                                              Page 1 of 2

Date Rcvd: Feb 12, 2026                                Form ID: 318                                                Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol     Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lucille Moses Woods, P.O. Box 1044, Canton, MS 39046-1044 |
| cr | + | Family Choice Financial, Inc. - Canton Branch, 1062 East Peace Street, Canton, MS 39046-4004 |
| 5585662 | + | 1st Franklin, 398 Highway 51, Ridgeland, MS 39157-3401 |
| 5585663 | | Advance America, 920 E County Line Rd, Ste C, Jackson, MS 39211 |
| 5589768 | + | B. Joey Hood, II, For Family Choice Financial Inc., Canton Branch, P.O. Box 759, Ackerman, MS 39735-0759 |
| 5585667 | + | Elastic, 4030 Smith Rd, Cincinnati, OH 45209-1937 |
| 5598006 | + | James Eldred Renfroe, Esq., Renfroe & Perilloux, PLLC, Counsel for Trustmark Bank, 648 Lakeland East Drive, Suite A, Flowood, MS 39232-9574 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Feb 13 2026 00:31:00 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: bankruptcynotices@trustmark.com | Feb 12 2026 19:32:00 | Trustmark Bank, P.O. Box 522, Jackson, MS 39205 |
| 5589768 | + | Email/Text: notices@jhoodlaw.com | Feb 12 2026 19:32:00 | B. Joey Hood, II, For Family Choice Financial Inc., Canton Branch, P.O. Box 759, Ackerman, MS 39735-0759 |
| 5599922 | + | Email/Text: rm-bknotices@bridgecrest.com | Feb 12 2026 19:32:00 | BRIDGECREST ACCEPTANCE CORP., PO BOX 2997, PHOENIX, AZ 85062-2997 |
| 5587002 | + | EDI: AISACG.COM | Feb 13 2026 00:31:00 | Bridgecrest Acceptance Corporation Department, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5585664 | + | EDI: CITICORP | Feb 13 2026 00:30:00 | Citibank, Po Box 790046, St Louis, MO 63179-0046 |
| 5585665 | + | Email/Text: bankruptcy@curo.com | Feb 12 2026 19:32:00 | Covington credit, Attn: Bankruptcy, P.O.Box 1947, Greenville, SC 29602-1947 |
| 5585666 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 12 2026 19:42:12 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5585668 | | Email/Text: rrush@familychoicefinancial.com | Feb 12 2026 19:32:00 | Family Choice, 912 A East Peace St, Canton, MS 39046 |
| 5585669 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 12 2026 19:32:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5585670 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 12 2026 19:42:06 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5585671 | + | EDI: AGFINANCE.COM | Feb 13 2026 00:30:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5585673 | | Email/Text: bankruptcy@republicfinance.com | Feb 12 2026 19:32:00 | Republic Finance, Attn: Bankruptcy, 7031 |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 12, 2026 | Form ID: 318 | Total Noticed: 22 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Commerce Circle, Baton Rouge, LA 70809 |
| 5585672 | + | Email/Text: bankruptcy@regionalmanagement.com | Feb 12 2026 19:32:00 | Regional Finance, Attn: Bankruptcy, 979 Batesville Rd, Ste B, Greer, SC 29651-6819 |
| 5585674 | | Email/Text: bankruptcynotices@trustmark.com | Feb 12 2026 19:32:00 | Trustmark National, 248 East Capitol St, Jackson, MS 39201 |
| 5585675 | | Email/Text: bankruptcynotices@vivecard.com | Feb 12 2026 19:32:00 | Vive Financial, Attn: Bankruptcy, 380 Data Dr Ste 200, Draper, UT 84020 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5598007 | *+ | James Eldred Renfroe, Esq., Renfroe & Perilloux, PLLC, Counsel for Trustmark Bank, 648 Lakeland East Drive, Suite A, Flowood, MS 39232-9574 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2026      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor Family Choice Financial Inc. - Canton Branch cynthiah@jhoodlaw.com, notices@jhoodlaw.com |
| James Eldred Renfroe | on behalf of Creditor Trustmark Bank jrenfroe@mslawfirm.biz  kridge@mslawfirm.biz;orenfroe@mslawfirm.biz |
| Stephen Smith | trustee@hrkcpa.com  MS02@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Lucille Moses Woods trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

| *Information to identify the case:* | | |
|---|---|---|
| Debtor 1 | **Lucille Moses Woods** | Social Security number or ITIN   **xxx−xx−5386** |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   **25−02815−JAW** | | |

## Order of Discharge                                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Lucille Moses Woods**

Dated: 2/12/26            **By the court:** /s/Jamie A. Wilson
                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                **Order of Discharge**                page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**